# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

-----------------------------------------------

*Hampton*

-v-

*USA .*

-----------------------------------------------

U.S.C.A. # _____

U.S.D.C. # _08-cv-5098_

JUDGE: ___TPG___

DATE: ___JULY 29, 2008___

U. S. DISTRICT COURT
FILED
JUL 2 9 2008
S. D. OF N.Y.

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):           **THOMAS R. PISARCZYK**
             FIRM:     U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
          ADDRESS:          500 PEARL STREET, ROOM 370
                             NEW YORK, NEW YORK 10007
        PHONE NO.:               (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

CLERK'S CERTIFICATE

*Documents 1 and 2 already in USCA*

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

*on Transfer Order*

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

( √ ) Original Record                    (_____) Supplemental Record

**The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 29TH Day of July, 2008.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------

Hampton

-v-

USA.

-----------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *08'cv'5098*

JUDGE: *TPG*

DATE: _____JULY 29, 2008_____

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

<u>Date Filed</u>                    <u>Document  Description</u>

*Documents 1 and 2 already in*
*USCA. on transfer order*

**BALANCE  OF  FILE  MISSING  AT  THIS  TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

2255, APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-05098-TPG**
**Internal Use Only**

Hampton v. USA
Assigned to: Judge Thomas P. Griesa
Related Case: 1:94-cr-00417-TPG-4
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/04/2008
Date Terminated: 06/04/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2008 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 94cr417-04.Document filed by Rodney Hampton.(jeh) (Entered: 06/16/2008) |
| 06/04/2008 | 2 | MEMORANDUM OF LAW in Support of Motion 2255 (MOTION TO LEAVE FILE A NEW CLAIM). Document filed by Rodney Hampton. (jeh) (Entered: 06/16/2008) |
| 06/04/2008 | | Magistrate Judge James C. Francis is so designated. (jeh) (Entered: 06/16/2008) |
| 06/04/2008 | 3 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along with documents numbered 1-3, certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 06/16/2008. (Signed by Judge Kimba M. Wood on 06/04/2008) (jeh) (Entered: 06/16/2008) |
| 07/09/2008 | 5 | NOTICE OF APPEAL from 3 Transfer Order U.S.C.A. Document filed by Rodney Hampton. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 07/23/2008) |
| 07/09/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Rodney Hampton. $455.00 APPEAL FEE DUE.IFP REVOKED 7/18/08. COA DENIED 7/18/08. (tp) (Entered: 07/23/2008) |
| 07/18/2008 | 4 | ORDER: By order entered June 16, 2008, the Court construed petitioner's application as a second or successive motion under 28 U.S.C. 2255 and transferred the application to the United States Court of Appeals for the Second Circuit. Petitioner now appeals from that order. Given that petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/18/2008) (jpo) (Entered: 07/21/2008) |
| 07/23/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 07/23/2008) |
| 07/23/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 07/23/2008) |